**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

FOTMER CORPORATION S.A.,

               Petitioner,

v.

TILRAY BRANDS, INC.,

               Respondent.

Civil Action No.: _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioner,

Fotmer Corporation S.A., ("Fotmer"), certify as follows:

1.      Silverpeak Life Sciences Uruguay, Inc. ("Silverpeak") owns 100% of the shares

of Fotmer.  Silverpeak is organized under the laws of British Columbia, Canada,

and located in Vancouver, British Columbia, Canada.

Dated:  Wilmington, Delaware
         August 7, 2026

               Respectfully Submitted,

               *s/ Daniel P. Hagelberg*
               Daniel P. Hagelberg, Esq. (No. 6813)
               1201 N. Orange Street, Suite 500A
               Wilmington, DE 19801
               (585)330-7828
               daniel@hagelberglaw.com

Matthew E. Draper
Corinne E. Atton
**DRAPER & DRAPER LLC**
100 Park Av., Suite 1600
New York, NY 10017
Tel. (347) 442-7788
matthew.draper@draperllc.com
corinne.atton@draperllc.com

*Attorneys for Petitioner Fotmer Corporation S.A.*

2