AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00998-UNA.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This Summons & complaint for *(name of individual and title, if any)* **Tilray Brands, Inc.** was received by me on **8/11/2026**.

[  ]  I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[  ]  I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ X ]  I served the Summons & complaint on *(name of individual)*  **Miranda (Last Name Refused), litigation management services leader**, at **c/o CSC, 251 Little Falls Drive, Wilmington, DE  19808**, who is designated by law to accept service of process on behalf of *(name of organization)* **Tilray Brands, Inc.**, on *(date)* **8/11/2026 at 9:26 a.m.**; or

[  ]  I returned the summons unexecuted because _____; or

[  ]  Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **8/11/2026**

_____
*Server's signature*
**Thomas J. Cobourn**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| FOTMER CORPORATION S.A. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-00998-UNA |
| TILRAY BRANDS, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TILRAY BRANDS, INC.
c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle, DE 19808
Tel: 302-636-5401

445 Park Avenue, New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew E. Draper
DRAPER & DRAPER LLC
100 Park Av., Suite 1600
New York, NY 10017
matthew.draper@draperllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____08/10/2026_____          *Osiris Aguilar Martinez*
                                        *Signature of Clerk or Deputy Clerk*