**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

FOTMER CORPORATION S.A.,

                Petitioner,

    v.

TILRAY BRANDS, INC.,

                Respondent.

Civil Action No.: 26-00998-JLH

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Matthew E. Draper to represent Petitioner Fotmer Corporation S.A. in this

matter.

Date: August 13, 2026

Daniel P. Hagelberg, Esquire

*/s/ Daniel P. Hagelberg*
Daniel P. Hagelberg, Esq. (No. 6813)
1201 N. Orange Street, Suite 500A
Wilmington, DE 19801
(302)617-7100
daniel@hagelberglaw.com
*Attorney for Petitioner Fotmer Corporation S.A*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

FOTMER CORPORATION S.A.,

                    Petitioner,

        v.                                                  Civil Action No.: 26-00998-JLH

TILRAY BRANDS, INC.,

                    Respondent.


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated:


                                Signed: _____

                                        United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules.

I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.


Date: August 13, 2026


Signed: */s/ Matthew E. Draper*

Matthew E. Draper
**DRAPER & DRAPER LLC**
100 Park Av., Suite 1600
New York, NY 10017
Tel. (347) 442-7788
matthew.draper@draperllc.com

*Attorneys for Petitioner Fotmer Corporation S.A.*

3