**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| FOTMER CORPORATION S.A.,<br><br>Petitioner,<br><br>v.<br><br>TILRAY BRANDS, INC.,<br><br>Respondent. | Civil Action № 26-00998-JLH |

## MOTION TO EXTEND TIME TO FILE A PUBLIC VERSION OF SEALED DOCUMENTS, D.I. 5 & D.I. 6

Petitioner Fotmer Corporation S.A. by and through undersigned counsel hereby requests additional time to file the public versions of *Memorandum of law in support of Fotmer Corporation S.A.'s Petition to Confirm Arbitration Award* (D.I. 5) and *Declaration of Axel Benjamin Herzberg in Support of Fotmer Corporation S.A.'s Petition to Confirm Arbitration Award* (D.I. 6). These documents were filed on August 10, 2026 and August 11, 2026. Both documents were served on the Respondent in this case, Tilray Brands, Inc., as part of the service of the Complaint and Summons on August 11, 2026.

Petitioner Fotmer Corporation S.A. requests an extension until Friday, August 21, 2026 to file the public versions of both of the above-mentioned documents. Noting that Respondent was served these documents and the new deadline would still be 11 days before the Respondent's answer or response is due, no prejudice could be found for any party by the new deadline.

**Daniel P. Hagelberg, Esquire**

*/s/ Daniel P. Hagelberg*
Daniel P. Hagelberg, Esq. (No. 6813)
1201 N. Orange Street, Suite 500A
Wilmington, DE 19801
(302)617-7100
daniel@hagelberglaw.com

Matthew E. Draper
Corinne E. Atton
**DRAPER & DRAPER LLC**
100 Park Av., Suite 1600
New York, NY 10017
Tel. (347) 442-7788
matthew.draper@draperllc.com
corinne.atton@draperllc.com
*Attorneys for Petitioner Fotmer Corporation S.A.*

Dated: August 17, 2026