**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| FOTMER CORPORATION S.A.,<br>Petitioner,<br>v.<br>TILRAY BRANDS, INC.,<br>Respondent. | Civil Action № 26-00998-JLH |

**ORDER GRANTING EXTENSION TO FILE**
**PUBLIC VERSIONS OF D.I. 5 & D.I. 6**

IT IS HEREBY ORDERED that Petitioner, Fotmer Corporation S.A.'s deadline to file Public Versions of D.I. 5 & D.I. 6 is extended until Friday, August 21, 2026.

IT IS SO ORDERED, this ______ day of ________ 2026

________________________________
United States District Judge