**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

FOTMER CORPORATION S.A.,

Petitioner,

v.

TILRAY BRANDS, INC.,

Respondent.

Civil Action No.: ________________

**DECLARATION OF AXEL BENJAMIN HERZBERG IN SUPPORT OF FOTMER CORPORATION S.A.'S PETITION TO CONFIRM ARBITRATION AWARD**

I, Axel Benjamin Herzberg, declare as follows:

1. I am a Partner at the Bodenheimer law firm in Berlin, Germany. I acted as counsel for Petitioner Fotmer Corporation S.A. ("Fotmer" and "Petitioner") in the underlying arbitration. I submit this declaration in support of Fotmer's Petition to Confirm the Arbitration Award.

2. I make this declaration based on personal knowledge of the facts set forth in this declaration, which I have acquired in my role as counsel for Fotmer. If called upon to testify, I could and would testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Final Award dated August 9, 2023, rendered In The Matter Of An Arbitration Under The International Commercial Arbitration Act of British Columbia Pursuant To The Raw Material Purchase Agreement Dated

A.B.H.

May 22, 2019 As Amended, Between: Fotmer Corporation, S.A. (Uruguay), Claimant - And - Tilray Brands, Inc.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Raw Material Purchase Agreement between Fotmer and respondent Tilray Brands, Inc. ("Tilray") (collectively, the "Parties") dated May 22, 2019 ("RMPA").

5. Attached hereto as **Exhibit 3** is a true and correct copy of an amendment to the RMPA between the Parties dated May 19, 2020 ("RMPA2").

6. Attached hereto as **Exhibit 4** is a true and correct copy of a second amendment to the RMPA between the Parties dated October 6, 2020 ("RMPA3").

7. Attached hereto as **Exhibit 5** is a true and correct copy of a third amendment to the RMPA between the Parties dated May 25, 2021 ("RMPA4").

8. Attached hereto as **Exhibit 6** is a true and correct copy of a fourth amendment to the RMPA between the Parties dated July 8, 2021 ("RMPA5").

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Petition to the Court, Court File No. VLC-S-S-231975, Fotmer filed with The Supreme Court of British Columbia dated March 17, 2023.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Response to Petition, Court File No. VLC-S-S-231975, filed by respondent Tilray Brands, Inc. ("Tilray") dated April 13, 2023.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Order Made After Petition issued by The Supreme Court of British Columbia in Court File No. VLC-S-S-231975, entered on July 18, 2023.

12. To date, Respondent has not made payment in the amount or form required by the Final Award, and has therefore failed to comply with the terms of the Final Award.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7th, 2026.

A.B. Herzberg

Axel Benjamin Herzberg