**EXHIBIT 1**

**(UNDER SEAL)**