**EXHIBIT 2**

**(UNDER SEAL)**