# EXHIBIT 3

## (UNDER SEAL)