# EXHIBIT 4

# (UNDER SEAL)