**EXHIBIT 5**

**(UNDER SEAL)**