**EXHIBIT 6**

**(UNDER SEAL)**