# EXHIBIT 9

SUPREME COURT
OF BRITISH COLUMBIA
VANCOUVER REGISTRY
JUL 18 2023
ENTERED

No. S-S-231975
Vancouver Registry

In the Supreme Court of British Columbia

Between

FOTMER CORPORATION S.A.,

PETITIONER

and

TILRAY BRANDS, INC.,

RESPONDENT

## ORDER MADE AFTER PETITION

BEFORE THE HONOURABLE ) 27 JUNE 2023
)
JUSTICE AHMAD

ON THE APPLICATION of the Petitioner, Fotmer Corporation S.A., coming on for hearing at the courthouse at 800 Smithe Street, Vancouver, British Columbia, on 16 June 2023; AND ON HEARING Sarah K. McEachern and Les Honywill, counsel for the Petitioner; AND ON HEARING Alexandra McCawley, counsel for the Respondent, AND ON READING the materials filed in support of this petition; And on judgment being reserved to this date:
THIS COURT ORDERS that:

1. Professor Jeffrey Waincymer is appointed as sole arbitrator in the arbitration between the Petitioner, Fotmer Corporation S.A. ("**Fotmer**"), and the Respondent, Tilray Brands, Inc. ("**Tilray**").

2. If Professor Waincymer does not accept the appointment within seven days of this order, Mr. James Morrison is appointed as sole arbitrator in the arbitration between Fotmer and Tilray.

3. If Mr. Morrison does not accept the appointment within seven days of being requested to serve as arbitrator pursuant to Article 2 of this Order, the parties may reappear before Justice Ahmad for further direction.

No. S-S-231975
Vancouver Registry

In the Supreme Court of British Columbia

Between

FOTMER CORPORATION S.A.,

PETITIONER

and

TILRAY BRANDS, INC.,

RESPONDENT

**ORDER MADE AFTER PETITION**

**SKM/mm** **566985/000001**

BORDEN LADNER GERVAIS LLP
1200 Waterfront Centre
200 Burrard Street
P.O. Box 48600
Vancouver, British Columbia
V7X 1T2
Telephone: (604) 687-5744
Attn: Sarah K. McEachern

West Coast
Margaret July 11th

11/7

4. The Respondent shall pay to the Petitioner the costs of this petition.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS, IF ANY, THAT ARE INDICATED ABOVE AS BEING BY CONSENT:

Signature of Sarah K. McEachern
☐ party ☑ lawyer for the Petitioner
Fotmer Corporation S.A.

Signature of Alexandra McCawley
☐ party ☑ lawyer for Respondent
Tilray Brands, Inc.

By the Court.

Registrar

No. S-S-231975
Vancouver Registry

In the Supreme Court of British Columbia

Between

FOTMER CORPORATION S.A.,

PETITIONER

and

TILRAY BRANDS, INC.,

RESPONDENT

**ORDER MADE AFTER PETITION**

**SKM/mm** **566985/000001**

BORDEN LADNER GERVAIS LLP
1200 Waterfront Centre
200 Burrard Street
P.O. Box 48600
Vancouver, British Columbia
V7X 1T2
Telephone: (604) 687-5744
Attn: Sarah K. McEachern

West Coast
Margaret July 11th

11/7