**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOTMER CORPORATION S.A.,<br>*Petitioner,*<br>v.<br>TILRAY BRANDS, INC.,<br>*Respondent.* | C.A. No. 26-998-JLH |

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Petitioner and Respondent, subject to the approval of the Court, that the deadline for Respondent Tilray Brands, Inc. to move, answer, oppose or respond to the Petition to Confirm Arbitration Award (D.I. 1) is hereby extended to and including September 25, 2026.

Dated: September 3, 2026

**HAGELBERG LAW**

*/s/ Daniel P. Hagelberg*
Daniel P. Hagelberg (DE Bar No. 6813)
1201 N. Orange Street, Suite 500A
Wilmington, DE 19801
Telephone: 585-330-7823
daniel@hagelberglaw.com

*Attorney for Petitioner Fotmer Corporation S.A.*

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*
R. Craig Martin (DE Bar No. 5032)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302-468-5700
Facsimile: 302-394-2341
craig.martin@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Respondent Tilray Brands, Inc.*

**SO ORDERED** this 4th day of September 2026.

The Honorable Jennifer L. Hall
United States District Judge