**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOTMER CORPORATION S.A.,<br>*Petitioner,*<br>v.<br>TILRAY BRANDS, INC.,<br>*Respondent.* | C.A. No. 26-998-JLH |

**RESPONDENT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Respondent Tilray Brands, Inc. ("Tilray"), by and through its undersigned counsel, hereby certifies that Tilray is a publicly-traded corporation. No publicly held corporation owns 10 percent or more of Tilray's stock.

Dated: September 4, 2026

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE Bar No. 5032)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302-468-5700
Facsimile: 302-394-2341
craig.martin@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Respondent Tilray Brands, Inc.*