**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FOTMER CORPORATION S.A.,<br>*Petitioner,*<br>v.<br>TILRAY BRANDS, INC.,<br>*Respondent.* | C.A. No. 26-998-JLH |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Alice Adu Gyamfi, Esq. and James E. Berger, Esq. of the law firm DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, to represent Respondent Tilray Brands, Inc. in this action.

Dated: September 4, 2026

**DLA PIPER LLP (US)**

*/s/ Stephanie E. O'Byrne*

R. Craig Martin (DE Bar No. 5032)
Stephanie E. O'Byrne (DE Bar No. 4446)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302-468-5700
Facsimile: 302-394-2341
craig.martin@us.dlapiper.com
stephanie.obyrne@us.dlapiper.com

*Attorneys for Respondent Tilray Brands, Inc.*

# ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* for Alice Adu Gyamfi and James E. Berger is granted.

____________________________________
The Honorable Jennifer L. Hall
United States District Judge

Dated: _____________________

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk of the Court upon filing of this motion.

Dated: September 4, 2026

*<u>/s/ Alice Adu Gyamfi</u>*

Alice Adu Gyamfi
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: 202.335.4500
alice.gyamfi@us.dlapiper.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, State of Texas, and the District of Columbia and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk of the Court upon filing of this motion.

Dated: September 4, 2026

*/s/ James E. Berger*

James E. Berger
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: 202.335.4500
james.berger@us.dlapiper.com